**Order entered June 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00540-CV

**FORUM STUDIO, INC., ET AL., Appellants**

**V.**

**INTELLICENTER DALLAS INVESTMENTS LLP, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02018**

## ORDER

We **GRANT** appellants' May 29, 2015 agreed motion for an extension of time to file a

response to appellee's motion to dismiss.  Appellants shall file a response by **JUNE 5, 2015**.


/s/      ELIZABETH LANG-MIERS
JUSTICE